## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

**CIVIL ACTION NO. 4:04CV-87-M**

**CITY OF OWENSBORO and**                                  **PLAINTIFFS**
**CITY UTILITY COMMISSION OF THE CITY**
**OF OWENSBORO, KENTUCKY, a/k/a**
**OWENSBORO MUNICIPAL UTILITIES**

**v.**

**KENTUCKY UTILITIES COMPANY**                              **DEFENDANT**

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a motion in limine by Plaintiffs, Owensboro Municipal Utilities and the City of Owensboro, to exclude any Kentucky Utilities' evidence concerning the notice of termination issue [DN 414]. Fully briefed, this matter is ripe for decision.

OMU moves the Court for an order precluding KU from introducing any evidence concerning the notice of termination issue. OMU identifies documents included within KU's September 9, 2008, Exhibit List which it claims are relevant only to the notice of termination issue.[1] OMU argues that the Court has ruled on the notice of termination issue and, as a result, KU should be precluded from introducing any evidence at trial concerning this issue.

In response to the motion in limine, KU states that it has no intention of rearguing at trial the proper interpretation of the termination provision in the Contract. KU represents that

---

[1] See, KU Exhibit 18, 10/23/1991 Letter re 1991-A Taxable Series Bond; KU Exhibit 280, November 16, 1988 Memorandum; KU Exhibits 242-258, multiple drafts of the 1991 Supplemental Agreement and related correspondence; and KU Exhibit 102.

the exhibits referenced by OMU were included on KU's exhibit list for reasons other than rearguing the termination issue, including providing a factual background for the claims to be tried. However, KU argues that to the extent OMU's motion seeks to preclude KU's witnesses from testifying to the fact that OMU has terminated the Contract effective May 2010, the Motion in Limine should be denied. KU argues that the fact that in May of 2006 OMU exercised its "perceived" right to terminate the Contract effective May 2010 is relevant to some of the remaining issues in this action, including OMU's counterclaim.

Accordingly, given KU's acknowledgment that it does not intend to reargue the termination issue, OMU's motion in limine to exclude any Kentucky Utilities' evidence concerning the notice of termination issue is **denied as moot**.


cc: counsel of record